UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN ALCAZAR,

        Plaintiff,

v.

SMART & FINAL LLC, et al.,

        Defendants.

Case No. 20-cv-02921-JD

**ORDER CONDITIONALLY DISMISSING INDIVIDUAL CLAIMS**

The Court is advised that the parties have settled Alcazar's individual claims, and jointly request dismissal of this putative class action. Dkt. No. 16. The Court vacates all pretrial deadlines and dismisses Alcazar's individual claims, without prejudice to the claims of any other putative class member or class. If either party certifies to the Court within **45 days** from the date of this order that the agreed consideration for the settlement of this action has not been delivered, this order will be vacated and the case will be set for a case management conference. If no certification is filed, the dismissal will be deemed to be **with prejudice** after the 45 days.

**The parties are directed not to ask the Court for a "dismissal with prejudice" at any time after this order, or to ask for an order confirming dismissal under FRCP 41(a)(1).** No Court order is necessary for dismissal under that rule.

**IT IS SO ORDERED.**

Dated: July 27, 2020

_____
JAMES DONATO
United States District Judge